ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at 3 o'clock and __ min. __ M
SUE BEITIA, CLERK

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN         6154
Pauahi Tower, Suite 2005
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-5900

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVLOPMENT FOUNDATION
and UNITY HOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, <br><br> Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC) <br><br> **NOTICE OF HEARING; MOTION FOR ENTRY OF DEFAULT JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ANTHONY POUNDERS; EXHIBITS "A" – "D"; DECLARATION OF PHILIP R. BROWN; EXHIBITS "E" – "H"; CERTIFICATE OF SERVICE** <br><br> Hearing: <br><br> Date: April 12, 2006 <br> Time: 9:30 a.m. <br> Judge: The Honorable Kevin S.C. Chang <br><br> No Trial Date Set |

F:UnityHouseHPC/Pleadings/Default Judgment Motion

## NOTICE OF HEARING

TO:   BEACON EDGE PICTURES, LLC,
      BEACON EDGE PICTURES, and
      GAYLE DICKIE
      811 21st Street, Suite 3
      Santa Monica, California, 90403

      Defendants

NOTICE IS HEREBY GIVEN that Plaintiffs Hawaii Pacific Cinema Development and Unity House Incorporated's Motion for Default Judgment shall come on for hearing before the Honorable Magistrate Judge Kevin S.C. Chang of the above-entitled Court, in his courtroom, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96813, at 9:30 a.m., on April 12, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, March 8, 2006.

_____
PHILIP R. BROWN

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA
DEVELOPMENT FOUNDATION
AND UNITY HOUSE, INCORPORATED

F:UnityHouseHPC/Pleadings/Default Judgment Motion

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC)<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, through their counsel, moves for default judgment against Defendants BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, pursuant to Fed. R. Civ. P. 55(a)(2), on all claims and counts in the First Amended Complaint filed on June 2, 2005. The Court previously entered default on September 16, 2005. Plaintiffs seek a default judgment as follows:

1. Actual damages of Two Hundred Fifty Thousand Dollars ($250,000);

2. Statutory pre-judgment interest of $56,249.99 as of February 28, 2006 (and thereafter at the rate of $64.36 per diem);

3. Attorneys' fees (and tax) incurred through February 28, 2006 of $30,935.48;[1] and

---

[1] Law Offices of Philip R. Brown - $23,931.25 (Fees), $996.98 (Tax)
Brook Hart, AAL, ALC, a law corporation - $5,767.00 (Fees), 240.25, (Tax)

1

4. Costs of suit through February 28, 2006 of $3,268.51.[2]

This Motion is further supported by the declarations, exhibits, records, and files herein.

DATED: Honolulu, Hawaii, March 8, 2006.

_____
PHILIP R. BROWN
Attorney for Plaintiffs
HAWAII PACIFIC CINEMA
DEVELOPMENT FOUNDATION
and UNITY HOUSE, INCORPORATED

---

[2] Billing statements for The Law Offices of Philip R. Brown and Brook Hart, AAL, ALC, a law corporation will be made available to the Court for in-camera review should the Court deem it appropriate.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> BEACON EDGE PICTURES, LLC., BEACON EDGE PICTURES, GAYLE DICKIE, <br><br> Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC) <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served via Certified Mail, Return Receipt Requested to the following parties at their last known address on the date of its filing or as soon thereafter that service may be effected.

BEACON EDGE PICTURES, LLC,
BEACON EDGE PICTURES, and
GAYLE DICKIE
811 21st Street, Suite 3
Santa Monica, California, 90403

Defendants

DATED: Honolulu, Hawaii, March 8, 2006.

_____
PHILIP R. BROWN

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVELOPMENT
FOUNDATION and UNITY HOUSE,
INCORPORATED

1