IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> BEACON EDGE PICTURES, LLC., BEACON EDGE PICTURES, GAYLE DICKIE, <br><br> Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC) <br><br> **DECLARATION OF ANTHONY POUNDERS** <br><br> No Trial Date Set |

## DECLARATION OF ANTHONY POUNDERS

STATE OF California )
: S.S.
COUNTY OF Sacramento )

I, ANTHONY POUNDERS, hereby declare that:

1. I am the Court Appointed Special Receiver for Plaintiff UNITY HOUSE, INCORPORATED ("UHI") and am competent to testify on the matters herein. Pursuant to an Order dated February 7, 2006, the Honorable David A. Ezra designated "Anthony Pounders, of EG&G Technical Services, as custodian of records for Unity House." The documents attached hereto were uncovered as a result of our search of UHI business records. As such, I am competent to authenticate the documents attached hereto.

2. I make this declaration based upon personal knowledge of the matters set forth herein, unless otherwise stated.

3. Attached hereto as Exh. "A" and made a part of by reference hereto is a true and correct copy of a letter dated May 9, 2003 from Defendant GAYLE DICKIE ("DICKIE") to Patrick Moon.

1

4. Attached hereto as Exh. "B" and made a part of by reference hereto is a true and correct copy of a memo dated May 16, 2003 from DICKIE to Anthony Rutledge and Patrick Moon.

5. Attached hereto as Exh. "C" and made a part of by reference hereto is a true and correct copy of minutes prepared by DICIKE of a meeting held on May 30, 2003.

6. Attached hereto as Exh. "D" and made a part of by reference hereto is a true and correct copy of a letter from Randal Harakal (former General Counsel to UHI) to DICKIE dated April 28, 2004.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 6, 2006.

*[signature] for Todd Sxs*
*Court Appointed Receiver- Custodian*