# BEACON EDGE PICTURES
3480 Ashwood Avenue Los Angeles, CA 90066-2202
phone (310)398-0999 fax (310)398-1699



To: Anthony Rutledge, Patrick Moon
Fm: Gayle Dickie
Re: Memo of Understanding
    "Heavenly Road" Production Funding
Dt: May 16, 2003

This memo of understanding will clarify the initial funding by Hawaii Pacific Cinema Development Foundation, Inc, Anthony Rutledge, Patrick Moon, and another production company to be named hereinafter "HPCDFI" with respect to the release and utilization of monies deposited this 16th day of May 2003.

The $1,000,000.00 USD, shall be placed into the Beacon Edge Business Account at Citibank at 1505 Montana Avenue, Santa Monica, CA, 90403, and be held in a client trust account wherein the funds will show credited to Account # 002002 33922 and be available for the following:

1. Script Fees of $90,000 to be paid $45,000 on or before the $2.5M deposit by Nicklaus Alcaro. $45,000 to be paid upon delivery of First Draft and Synopsis. An additional $25,000 to be paid upon signing of lead actor to star in production. An additional 25,000 to be paid upon signing of theatrical distribution agreement plus participation. Writer's fees to be reimbursed out of the production budget on or before pre-production period is completed.
2. HPCDFI will have the option to participate in prints and ads, (P&A). These funds are utilized to properly market the film. They are fully recoupable as "last monies in—first monies out." HPCDFI will have five business days, as requested in writing by fax from Beacon Edge Pictures LLC, to determine the level at which they will participate. These monies may or may not be utilized from the $1,000,000.00 contribution to the production. HPCDFI may participate in "P&A" in an amount no less than $50,000.00 and receive 15% interest on monies so designated.
3. HPCDFI is further participating on the 'producer's net profit' after all expenses, marketing and distribution costs at equitable share of 50%.
4. There will be no equity investor participation by HPCDFI. However HPCDFI will recoup all "P&A" monies first with interest payable at 15%. These "P&A" monies may be shared with other investors however HPCDFI has the right of first refusal to fund 100% of all P&A monies.

EXHIBIT B

**BEACON EDGE PICTURES**
3480 Ashwood Avenue Los Angeles, CA 90066-2202
phone(310)398-0999 fax (310)398-1699

Mr. Anthony Rutledge
Mr. Patrick Moon
May 16, 2003
Page Two

5. If HPCDFi decides they want to further participate in funding any portion of the production costs, HPCDFi will receive 1 point in pari-passu with investors wherein each equity point equals $65,0000. Further, HPCDFi will receive one net point for story creation from producer's net participation.

The above information represents our understanding until a more formal agreement is signed prior to the start of pre-production.

I look forward to working with you.

Sincerely,

Gayle Dickie
CEO/President
Beacon Edge Pictures, LLC

GSD:bm