FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>      Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC., BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>      Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC)<br><br>**DECLARATION OF PHILIP R. BROWN** |

## DECLARATION OF PHILIP R. BROWN

STATE OF HAWAII          )
                                 : S.S.
CITY AND COUNTY OF HONOLULU  )

    I, PHILIP R. BROWN, hereby declare that:

    1.    I am an attorney licensed to practice law before all courts in the State of Hawaii and am the attorney for Plaintiffs HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED (collectively "Plaintiffs") in the above referenced matter and am competent to testify on the matters herein.

    2.    I make this declaration based upon personal knowledge of the matters set forth herein, unless otherwise stated.

    3.    Attached hereto as Exh. "E" and made a part of by reference hereto is a true and correct copy of relevant pages from the transcript of the Deposition of Bobbie Meideros (First

1

Hawaiian Bank) Upon Written Interrogatories taken on January 6, 2006. The account number for the back account referenced in this exhibit has been redacted. If the Court requires review of undredacted copies of these documents, Plaintiff will make them available to the Court for in-camera review.

      4.      Attached hereto as Exh. "F" and made a part of by reference hereto is a true and correct copy of relevant pages from the transcript of the Deposition of Anjik Vartanian, Custodian of Records for the Offices of Citibank Santa Monica, California taken on September 28, 2006. The account number for the back account referenced in this exhibit has been redacted. If the Court requires review of undredacted copies of these documents, Plaintiff will make them available to the Court for in-camera review.

      5.      Attached hereto as Exh. "G" and made a part of by reference hereto is a true and correct copy of relevant pages from the documents produced by Washington Mutual Bank on September 26, 2005 pursuant to Subpoena. The account number for the back account referenced in this exhibit has been redacted. If the Court requires review of undredacted copies of these documents, Plaintiff will make them available to the Court for in-camera review.

      6.      Attached hereto as Exh. "H" and made a part of by reference hereto is a true and correct copy of the Declaration (in Response to Subpoena) of Ahlana Williams of Washington Mutual Bank (dated January 5, 2006) attaching a relevant page from documents attached to Ms. Williams declaration. The account number for the back account referenced in this exhibit has

F:UnityHouseHPC/Pleadings/Default Judgment Motion

been redacted. If the Court requires review of undredacted copies of these documents, Plaintiff will make them available to the Court for in-camera review.

    I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

    Executed on March 8, 2006.

_____
PHILIP R. BROWN