```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
 4
    HAWAII PACIFIC CINEMA         ) CIVIL NO. CV 04-00510(ACK)(KSC)
 5  DEVELOPMENT FOUNDATION and    )     (CONTRACT)
    UNITY HOUSE, INCORPORATED,    )
 6                                )
                 Plaintiffs,      )
 7                                )
         vs.                      )
 8                                )
    BEACON EDGE PICTURES, LLC,    )
 9  BEACON EDGE PICTURES, GAYLE   )
    DICKIE,                       )
10                                )
                 Defendants.      )
11                                )
                                  )
12  (0110.04 fmv)
13
14            DEPOSITION OF BOBBIE MEDEIROS
              UPON WRITTEN INTERROGATORIES
15
16  Taken on behalf of Plaintiffs HAWAII PACIFIC CINEMA DEVELOPMENT
    FOUNDATION and UNITY HOUSE, INC., at the office of First
17  Hawaiian Bank, 2339 Kamehameha Highway, Honolulu, Hawaii,
    commencing at 2:48 P.M., on January 06, 2006, pursuant to
18  subpoena.
19
    RECORDS RE:                    OBTAINED FROM:
20
    HAWAII PACIFIC CINEMA          FIRST HAWAIIAN BANK
21  DEVELOPMENT FOUNDATION
22
23
24
    BEFORE: Lorraine Freitas, Notary Public, State of Hawaii
25
```

EXHIBIT  E

**Ralph Rosenberg Court Reporters, Inc.**
Honolulu, Hawaii        (808) 524-2090

2

BOBBIE MEDEIROS,

Called as a witness by and on behalf of the Plaintiffs **HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INC.**, being first duly sworn to tell the truth, the whole truth, and nothing but the truth was examined and testified upon written interrogatories as follows:

EXAMINATION

1. Q. Please state your name.
   A. **Bobbie Medeiros.**
2. Q. What is your residence address?
   A. **In care of First Hawaiian Bank.**
3. Q. Are you employed?
   A. **Yes.**
4. Q. What is your employer's name?
   A. **First Hawaiian Bank.**
5. Q. What is your employer's address?
   A. **2339 Kamehameha Highway.**
6. Q. What is your position or job with your employer?
   A. **Records Specialist.**
7. Q. In that position, do you have under your care, custody and control the records listed in the Subpoena Duces Tecum which was served upon you?
   A. **Yes.**
8. Q. Were you served with a Subpoena Duces Tecum requiring your appearance before the notary public for the purpose

|   |     |    |                                                              |
|---|-----|----|--------------------------------------------------------------|
| 1 |     |    | of answering these questions and requiring you to bring      |
| 2 |     |    | with you the records listed in the Subpoena Duces Tecum      |
| 3 |     |    | which was served upon you?                                   |
| 4 |     | A. | Yes.                                                         |
| 5 | 9.  | Q. | Do you have those records with you?                          |
| 6 |     | A. | Yes.                                                         |
| 7 | 10. | Q. | Are those records complete?                                  |
| 8 |     | A. | Yes.                                                         |
| 9 | 11. | Q. | If not, what is missing?                                     |
| 10|     | A. | (Not applicable.)                                            |
| 11| 12. | Q. | Has any portion of those records ever been removed           |
| 12|     |    | from your care, custody and control prior to this time?      |
| 13|     | A. | No, not to my knowledge.                                     |
| 14| 13. | Q. | If so, when and by whom?                                     |
| 15|     | A. | (Not applicable.)                                            |
| 16| 14. | Q. | Has any portion of those records ever been altered           |
| 17|     |    | prior to this time?                                          |
| 18|     | A. | No, not to my knowledge.                                     |
| 19| 15. | Q. | If so, when and by whom?                                     |
| 20|     | A. | (Not applicable.)                                            |
| 21| 16. | Q. | What identifies those records as pertaining to the           |
| 22|     |    | records required by the Subpoena Duces Tecum?                |
| 23|     | A. | Name.                                                        |
| 24| 17. | Q. | Would you please turn over to the notary public at           |
| 25|     |    | this time the originals or complete and legible copies of    |

4

    1    the items listed in the Subpoena Duces Tecum which was
    2    served upon you?

    3    **A.**    Yes.

    4   18.  **Q.**    Please describe briefly, but completely so that they
    5    may be readily identified, any of your employer's records
    6    pertaining to those required by the Subpoena Duces Tecum
    7    which you have <u>not</u> turned over to the notary public,
    8    including both those records which you have brought with
    9    you and those which you have not brought with you, <u>and the</u>
   10    <u>grounds why the records are being withheld</u>.

   11    **A.**    None, to my knowledge.

   12  19.  **Q.**    Are you willing to waive the reading and signing of
   13    this deposition?

   14    **A.**    Yes.



First Hawaiian Bank
P.O. Box 1959
Honolulu, Hawaii 96805

January 5, 2006

Philip R. Brown, Esq.
Pauahi Tower, Ste 2005
1001 Bishop Street
Honolulu, HI  96813

Re:   Subpoena Duces Tecum – Hawaii Pacific Cinema Development
      Foundation, et al.
      FHB File 2005-533

Dear Mr. Brown:

In compliance with your subpoena and instructions, attached are certified copies of the following:

o  Certification of Resolutions for Funds Transfers dated 5/16/03
o  Funds Transfer Fax Request for $1 million
o  Funds Transfer Request (Over-The-Counter) dated 5/19/03
o  Memorandum Check and Receipt dated 5/16/03 for $1 million

If you have any questions, please call me at (808) 844-3058 or send a fax to (808) 844-3953.

Sincerely,

Bobbie J. Medeiros
Records Specialist
Records Management

Enclosure(s)

*Hawaii Pacific Cinema Development Foundation vs Beacon Edge Pictures, LLC*
*Civil No. CV 04-00510 (ACK) (KSC)*
*Records from First Hawaiian Bank taken 01/05/06*

1



First Hawaiian Bank
P.O. Box 1959
Honolulu, Hawaii 96805

January 5, 2006

Philip R. Brown, Esq.
Pauahi Tower, Ste 2005
1001 Bishop Street
Honolulu, HI   96813

Re:   Subpoena Duces Tecum – Hawaii Pacific Cinema Development
      Foundation, et al.
      FHB File 2005-533

Dear Mr. Brown:

In compliance with your subpoena and instructions, attached are certified copies of the following:

- Certification of Resolutions for Funds Transfers dated 5/16/03
- Funds Transfer Fax Request for $1 million
- Funds Transfer Request (Over-The-Counter) dated 5/19/03
- Memorandum Check and Receipt dated 5/16/03 for $1 million

If you have any questions, please call me at (808) 844-3058 or send a fax to (808) 844-3053.

Sincerely,

Bobbie J. Medeiros
Records Specialist
Records Management

Enclosure(s)

*Hawaii Pacific Cinema Development Foundation vs Beacon Edge Pictures, LLC*
*Civil No. CV 04-00510 (ACK) (KSC)*
*Records from First Hawaiian Bank taken 01/05/06*

*1*

NOV-22-2005 15:25

**First Hawaiian Bank**

# CERTIFICATION OF RESOLUTIONS
# FOR FUNDS TRANSFERS

Customer Name: **HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION**

Type of Business Entity (please check applicable entity - one only):

☒ Corporation    ☐ Partnership (all general partners must sign)    ☐ Limited Liability Company

I hereby certify to First Hawaiian Bank (the "Bank") as follows:

1. I have access to the records of the above-named Customer and am familiar with the matters contained in this Certification.

2. The following is a full, true, and correct copy of preambles and resolutions adopted by the Customer at a meeting duly and regularly called and held on _____; or by a resolution unanimously adopted by written consent of the Customer dated __04/30/03__; and such resolutions are now in full force and effect and have not been rescinded, amended, or modified and that the provisions thereof are in conformity with the organizational documents of the Customer:

"RESOLVED, the Customer may from time to time transfer funds from any of the Customer's accounts in the Bank.

"RESOLVED, that in connection with such transfers of funds, any __ONE__ of the following:

| Name (please print) | Title | Signature |
|---|---|---|
| ANTHONY RUTLEDGE | | /s/ Anthony Rutledge |
| | | |
| | | |

is (are) authorized and empowered for and in the name of the Customer as its act and deed, on such terms and conditions as such person(s) may agree upon with the Bank to execute and deliver to the Bank agreement(s) providing for requests for the transfer of Customer's funds, which requests can be made in person, in writing, or utilizing a computer terminal (using software preapproved by the Bank); to authorize other persons to request funds transfers, and acknowledge notification of receipt of funds transfer credits; to indemnify the Bank for any losses, claims, demands or liabilities arising from the Bank's acting in accordance with any and all authorizations given pursuant to the authority contained herein; to transact any other business with the Bank incidental to the powers hereinabove granted; and

☒ FAX REQUESTS. (Check if applicable) to authorize the Bank to honor and act upon Customer's requests to transfer funds from any of Customer's accounts transmitted to and received by the Bank by telecopy or facsimile transmission as though the Bank was in receipt of and acting upon the original request.

"RESOLVED, that these resolutions shall constitute a continuing authority for the above designated person(s) to act on behalf of the Customer, and the Bank is authorized and requested to rely and act thereon, until these resolutions are revoked by the Customer and formal written notice of such revocation, duly certified, shall have been given to the Bank and the Bank has had a reasonable time to act thereon after its receipt.

EX-874 (REV. 4/1/03) (FRONT) BANCNBT

May. 16. 2003  1:14PM   NO.877   P.2/4

*Hawaii Pacific Cinema Development Foundation vs Beacon Edge Pictures, LLC*
*Civil No. CV 04-00510 (ACK) (KSC)*
*Records from First Hawaiian Bank taken 01/05/06*

2

NOV-22-2005

"RESOLVED, that any of the undersigned shall certify to the Bank the name(s), title(s), and signature(s) of the person(s) above authorized, and from time to time shall immediately certify to the Bank any changes in the same, and the Bank shall be fully protected in relying on such certification.

"RESOLVED, that any of the undersigned be and is/are hereby authorized and directed to deliver a certified copy of the foregoing resolutions to the Bank.

"RESOLVED, that the Bank shall be fully protected in relying on these resolutions, and shall be indemnified and saved harmless from any claims, demands, expenses, losses or damages (including attorneys' fees) resulting from any such reliance."

3. No further consent to the transactions authorized in these resolutions is required, or if required, has already been obtained.

4. No proceeding toward the merger, consolidation, sale of assets or business, or dissolution or liquidation of the Customer has been commenced and no such proceeding is contemplated.

5. The specimen signature appearing opposite the name of each person set forth in the resolution above is the genuine signature of such person.

6. The Bank is entitled to act in reliance upon the matters contained in this Certification.

IN WITNESS WHEREOF, I/we have subscribed my/our name(s) on the 16 day of MAY 2003.

_____
Print Name: ANTHONY RUTLEDGE
Print Title:

_____
Print Name:
Print Title:

_____
Print Name:
Print Title:

_____
Print Name:
Print Title:

Required Signatures:

- Corporation - Secretary
- Partnership - all general partners
- Limited Liability Company - all members or authorized manager

EX-87A (07/02) (BACK) BANCRFT

MAY. 16. 2003  1:15PM

NO.877  P. 3/4

*Hawaii Pacific Cinema Development Foundation vs Beacon Edge Pictures, LLC*
*Civil No. CV 04-00510 (ACK) (KSC)*
*Records from First Hawaiian Bank taken 01/05/06*

3

NOV-22-2005 13:21

# FUNDS TRANSFER FAX REQUEST (BRANCH)
## Nonrepetitive Funds Transfer

**Instructions for Fax Requests:**
For Nonrepetitive Funds Transfers, an Authorized Representative must follow these steps in the order listed:

1. Call FHB at __808-973-6464__ to advise that a Fax Request will be sent. During the call, you must provide the following:
   - Your name
   - Your company's name
   - Your PIN (furnished to you by FHB)
   - The dollar amount of the funds transfer

2. Fill out the bottom portion of this form, and fax this page to __808-973-6461__.

**Important Reminders:** Your Fax Request for a funds transfer will not be acted upon by FHB if you have not called before faxing the request and do not provide the required information. After the Fax Request has been received, FHB will not call back to re-confirm the contents. Any Fax Request received by FHB on a Saturday, Sunday, or bank holiday, or after the Cutoff Times (listed in the Funds Transfer Agreement) shall not be considered received until FHB's next business day. FHB may reject any fax request it determines to be illegible or of poor fax quality.

Please TYPE the information requested. All spaces must be filled in for processing.

To: First Hawaiian Bank

Fax Number __808-973-6461__

From: __HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION__ (Company Name)

Customer Account No. to Charge __[redacted]__

Value Date _____
(Note: The value date for foreign funds transfers must be two business days from the date of the request.)

Dollar Amount $ __1,000,000.00__

To (Bank Name) __CITIBANK__

ABA Number __3222 7172 4__

City __SANTA MONICA-MONTANA BRANCH__   State __CALIFORNIA__

Beneficiary __HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION__

Beneficiary Account No. __[redacted]__

Beneficiary Information/Special Instructions _____

Required for Foreign Funds Transfer:
Currency Type _____   Foreign Amount _____
Rate _____   U.S. Dollar Equivalent _____

Please call FHB at 844-4444 to obtain FHB's prevailing rate of exchange. Your account will be debited for the U.S. dollar equivalent based on FHB's rate of exchange.

Signature of Authorized Representative [signed]

Print Name __ANTHONY RUTLEDGE__

Signature of Authorized Representative _____
Print Name _____
Phone Number _____

Date _____

**Bank Use Only**

Wire Reference No. _____   Prepared By _____   Employee No. _____
Authorization Code _____   Authorized By _____   Employee No. _____
Authorized By (required if over $100,000) _____   Employee No. _____

Ex-562A (REV. 4/1/02) (FRONT) BANCNET

May. 16, 2003  1:15PM   No. 877  P. 4/4

NOV-22-2005

**First Hawaiian Bank**

**NDS TRANSFER REQUEST (OVER-THE-COUNTER)**

Repetitive No. _____
Date 5/16/03

Debit Account No. ▓▓▓▓▓   Value Date 5/19/03

Domestic ☒   U.S. Dollars ☒   Foreign Rate _____
Foreign ☐   Foreign Currency ☐

**ORG - Customer/Originator Info. - All Fields Required**
Acct. That Funded Wire (Type & No.) ▓▓▓▓▓
Customer Name: Hi Pacific Cinema Development
Street Address: 444 Hobron Lane #PH-4B
HONOLULU, HI. 96815

☒ Debit My Account
☐ FHB Check   Auth. Code _____
☐ Cash
☐ Other   Describe _____

U.S. Amt. $ 1,000,000.00

Prepared By: C.   Emp. No. 30091
Authorized By: k   Emp. No. 7068   Wire Chg. $ 45.00
Authorized By (Req. If Over $100,000): k   Emp. No. 7068   Total $ 1,000,045.00

Foreign Amt. _____

**BBK - Receiving Bank - Bank and ABA No. Required**
ABA Number: 322271724 (D6489)
Bank: CITIBANK FSB SF
Branch: Santa Monica - Montana Branch

**BNF - Beneficiary Info. - Name or Acct. No. Required**
Account Number: ▓▓▓▓▓
Name: HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION
Street Address (If known): _____

The person signing below certifies that s/he is authorized to execute this Funds Transfer Request ("Request") on behalf of the Customer/Originator named above (and referred to in this Request as "Customer") and that all information is true, correct, and complete. Customer understands that (i) each funds transfer is subject to First Hawaiian Bank ("FHB") Funds Transfer Agreement, a copy of which Customer acknowledges receipt and review; and (ii) FHB and its correspondents take all funds transfer requests for transmission without liability for transmission delays, any bank handling fees, or any misinterpretation of the message, or otherwise, except to the extent provided in the Funds Transfer Agreement.

Customer Signature: **PER FAX AUTHORIZATION**
Print Name: ANTHONY RUTLEDGE   Title: PRESIDENT
Phone Number: 216-5996

**OBI - Information/Special Instructions**
_____

Advise _____

Entered On-Line By: C.   Auth. On-Line By: k
Employee No. 015660 C. 30091   Employee No. 7068

---

**Bank Use Only - For Transfers of $3,000 or More**

Originator is:  ☒ Established Customer. Account Type and Number __DDA 65-107252__
☐ Non-Customer. (Complete section below and send copy of this form to Compliance Department.)

**Non-Customer Information**
The following information is *required* for non-customer originators:
- Originator's ID Type _____   ID No. _____
- Complete *one* of the following items
  ☐ Taxpayer ID No. _____
  ☐ Alien ID No. _____   Country _____
  ☐ Passport No. _____

If the person completing the transfer is not the originator, provide the following information about the person completing the transfer:

Name (print) _____   ID No. _____
Type of Identification _____

Complete *one* of the following items:
☐ Taxpayer ID No. _____
☐ Alien ID No. _____   Country _____
☐ Passport No. _____

**Wire Transfer Checklist**

☐ Provide all customers/originators with a copy of the Funds Transfer Agreement, EX-877.
☐ Business entities must complete the Certification of Resolutions for Funds Transfers, EX-874.

☐ For transfers $3000 or more, if the wire was not funded from the Customer/Originator's FHB account, send a copy of the Request for One-Time Funds Transfer to Branch Support Compliance Department.
☐ If the customer/originator is requesting on-going transfers, complete the Funds Transfer Application, EX-861.

EX-804 (REV. 4/1/02) BANCNET

TOTAL P.06

---



NOV-22-2005 15:28

**First Hawaiian Bank**
**MEMORANDUM CHECK**

Branch: EATON SQUARE

Date: MAY 16, 2003

the above date, your checking account was charged as follows:
PER YOUR INSTRUCTIONS TO PAY HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION

$ 1,000,000.00

Prepared By: K HUBER
Authorized Signature

Account Number

Total Amount
$ 1,000,000.00

UNITY HOUSE INCORPORATED
444 HOBRON LN PH 4B
HONOLULU, HI 96815

---

FIRST HAWAIIAN BANK
THE POWER OF YES

EATON SQUARE
05/16/2003    01:10P
057C001  T02

DD
100      CHECK DEP    $1,000,000.00+

Please keep this receipt until you
receive your statement, as amounts
deposited are subject to bank
verification.

Earn free flights to the mainland faster
with our Aloha AirAwards Mastercard.
Apply at your branch or call 643-5626.

THANK YOU FOR BANKING WITH
FIRST HAWAIIAN BANK.

MEMBER FDIC