**CERTIFIED COPY**

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, | ) ) ) ) |
| Plaintiffs, | ) ) CIVIL NO. |
| vs. | ) CV04-00510(ACK)(KSC) ) |
| BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, | ) ) ) ) |
| Defendants. | ) ) |

DEPOSITION OF

ANJIK VARTANIAN, CUSTODIAN OF RECORDS

FOR THE OFFICES OF CITIBANK

SANTA MONICA, CALIFORNIA

SEPTEMBER 28, 2005

ATKINSON-BAKER, INC.
CERTIFIED COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(818) 551-7300

REPORTED BY: STEPHANIE A. HENRY, CSR NO. 11390

FILE NO.: 9F07725

**EXHIBIT** _F_

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF HAWAII

 3

 4

 5   HAWAII PACIFIC CINEMA           )
     DEVELOPMENT FOUNDATION and      )
 6   UNITY HOUSE, INCORPORATED,      )
                                     )
 7            Plaintiffs,            )
                                     )CIVIL NO.
 8        vs.                        )CV04-00510(ACK)(KSC)
                                     )
 9   BEACON EDGE PICTURES, LLC,      )
     BEACON EDGE PICTURES, GAYLE     )
10   DICKIE,                         )
                                     )
11            Defendants.            )
     _____)

12

13

14

15

16         Deposition of ANJIK VARTANIAN, taken on

17   behalf of Plaintiffs, at 233 Wilshire Boulevard, Suite

18   400, Santa Monica, California, commencing at 10:03 A.M.,

19   Wednesday, September 28, 2005, before Stephanie A.

20   Henry, CSR No. 11390.

21

22

23

24

25
```

2

A P P E A R A N C E S

FOR THE PLAINTIFFS:

LAW OFFICES OF PHILIP R. BROWN
1001 Bishop Street
Suite 2005
Honolulu, Hawaii 96813
(No appearance)

I N D E X

WITNESS: ANJIK VARTANIAN

EXAMINATION                                                          PAGE

    By The Reporter                                              5

EXHIBITS:

| NUMBER | PLAINTIFFS' DESCRIPTION | PAGE |
|---|---|---|
| 1 | Plaintiffs Hawaii Pacific Cinema Development Foundation and Unity House, Incorporated's Notice of Deposition upon Written Interrogatories of the Custodian of Records for Citibank; Interrogatories; Exhibit "1" (13 pages) | 7 |
| 2 | Miscellaneous banking records (188 pages) | 7 |

```
 1                    ANJIK VARTANIAN,
 2          having first been duly affirmed, was
 3          examined and testified as follows:
 4
 5                      EXAMINATION
 6   BY THE REPORTER:
 7        Q    Please state your name.
 8        A    Anjik Vartanian.
 9        Q    What is your residence address?
10        A    1535 Idlewood Road, Glendale 91202.
11        Q    Are you employed?
12        A    Yes.
13        Q    What is your employer's name?
14        A    Citibank.
15        Q    What is your employer's address?
16        A    1505 Montana Avenue, Santa Monica 90403.
17        Q    What is your position or job with your
18   employer?
19        A    I'm financial center manager.
20        Q    In what position do you have under your care,
21   custody, and control the records listed in the
22   Subpoena Duces Tecum which was served upon you?
23        A    As financial center manager.
24        Q    Were you served with the Subpoena Duces Tecum
25   requiring your appearance before a notary public for the
```

5

```
 1   purpose of answering these questions and requiring you
 2   to bring with you the records listed in the Subpoena
 3   Duces Tecum which was served upon you?
 4        A    Yes.
 5        Q    Do you have those records with you?
 6        A    Yes.
 7        Q    Are those records complete?
 8        A    Yes.
 9        Q    If not, what is missing?
10        A    Nothing.
11        Q    Has any portion of those records ever been
12   removed from your care, custody, and control prior to
13   this time?
14        A    No.
15        Q    If so, when and by whom?
16        A    Not applicable.
17        Q    Has any portion of those records ever been
18   altered prior to this time?
19        A    No.
20        Q    If so, when and by whom?
21        A    Not applicable.
22        Q    What identifies those records as pertaining to
23   the records required by the Subpoena Duces Tecum?
24        A    Business name and account number.
25        Q    Would you please turn over to the notary
```

6

1  public at this time the originals or complete and
2  legible copies of the items listed in the Subpoena duces
3  Tecum which was served upon you.
4         (Exhibits 1 and 2 marked.)
5     Q    BY THE REPORTER:  Please describe briefly, but
6  completely so that they may be readily identified, any
7  of your employer's records pertaining to those required
8  by the Subpoena Duces Tecum which you have not turned
9  over to the notary public, including both those records
10 which you have brought with you and those which you have
11 not brought with you and the grounds why the records are
12 being withheld.
13    A    No, we are not withholding any.
14    Q    Are you willing to waive the reading and
15 signing of this deposition.
16    A    Yes.
17         (Ending time:  10:07 A.M.)

7

REPORTER'S CERTIFICATE

I, STEPHANIE A. HENRY, CSR. No. 11390, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and the statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this _____ day of _____, 2005.

_____
STEPHANIE A. HENRY, CSR 11390

BEACON EDGE PICTURES, LLC          Account ████████     Page 2 of 2         00001/R1/04F013/0
                                   Statement Period - Nov. 1 - Nov. 30, 2003

## CHECKING ACTIVITY                                                              Continued

| Date  | Description                                                      | Debits   | Credits | Balance  |
|-------|------------------------------------------------------------------|----------|---------|----------|
| 11/25 | DEBIT CARD PURCH Card Ending in 2006<br>UNITED    WOOALE  IL 03326 | 500.00   |         | 4,005.45 |
| 11/26 | TRANSFER DEBIT<br>VIA BUSINESS ACCESS        000660              | 1,500.00 |         | 2,505.45 |
|       | **Total Debits/Credits**                                         | 3,074.40 | 0.00    |          |

## SAVINGS ACTIVITY

**CitiBusiness IMMA**

                                                 Beginning Balance:     $176,462.03
                                                 Ending Balance:            $497.90

| Date  | Description                                                      | Debits     | Credits | Balance    |
|-------|------------------------------------------------------------------|------------|---------|------------|
| 11/03 | BA INT'L WT OUT                                                  | 8,000.00   |         | 168,462.03 |
| 11/03 | SERVICE CHARGE<br>FEE FOR INTERNATIONAL FUNDS TRANSFER           | 20.00      |         | 168,442.03 |
| 11/05 | WITHDRAWAL                                                       | 2,000.00   |         | 166,442.03 |
| 11/06 | BA INT'L WT OUT                                                  | 8,000.00   |         | 158,442.03 |
| 11/06 | SERVICE CHARGE<br>FEE FOR INTERNATIONAL FUNDS TRANSFER           | 20.00      |         | 158,422.03 |
| 11/17 | BA INT'L WT OUT                                                  | 8,000.00   |         | 150,422.03 |
| 11/17 | SERVICE CHARGE<br>FEE FOR INTERNATIONAL FUNDS TRANSFER           | 20.00      |         | 150,402.03 |
| 11/26 | BA DOM WIRE OUT                                                  | 150,000.00 |         | 402.03     |
| 11/26 | SERVICE CHARGE<br>FEE FOR DOMESTIC FUNDS TRANSFER                | 12.50      |         | 389.53     |
| 11/28 | INTEREST EARNED                                                  |            | 108.37  | 497.90     |
|       | **Total Debits/Credits**                                         | 176,072.50 | 108.37  |            |

| Your CitiBusiness IMMA Account Rates |          |           |           |           |           |
|--------------------------------------|----------|-----------|-----------|-----------|-----------|
| For Balances of:                     | $0 to $9,999 | $10,000 to $24,999 | $25,000 to $49,999 | $50,000 to $499,999 | $500,000 and over |
| 11/01 - 11/30                        | 0.600%   | 0.700%    | 0.800%    | 1.000%    | 1.090%    |

Interest earned year to date $3,117.90

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:           YOU CAN CALL:                       YOU CAN WRITE:

Checking                            877-528-0990*                       Citibank (West), FSB
Insured Money Market                (For Speech and Hearing             P.O. Box 26892
                                    Impaired Customers Only             San Francisco, CA 94126-6892
                                    TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

000043      2-30