**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

- - -

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, <br><br>　　　　Defendants. | CIVIL NO:  CV 04-00510 <br>　　　　　　 (ACK) (KSC) |

　　　　I, Ann F. Helmstadter, CSR 5550, do hereby declare as follows:

　　　　1.　　I am a member of Atkinson-Baker, Inc., Certified Shorthand Reporters, whose business offices are located at 500 North Brand Boulevard, Third Floor, Glendale, California 91203, who is the deposition officer designated in the Deposition Subpoena for Production of Business Records served upon the

**EXHIBIT  G**

1

1  Custodian of Records of Washington Mutual Bank, located
2  at Barrister Executive Suites, 233 Wilshire Boulevard,
3  Wuite 400, Santa Monica, California 90401.
4       2.   Attached hereto as Exhibit 1 are all
5  records delivered to me in response to notice by
6  Washington Mutual Bank, via FedEx delivery on
7  September 26, 2005.
8       I declare under penalty of perjury under the
9  laws of the State of California that the foregoing is
10 true and correct.
11      Dated this 27th day of September, 2005.

*[signature]*

ANN F. HELMSTADTER, CSR NO. 5550

# Washington Mutual Bank, FA

```
THE FEE FOR EACH OVERDRAWN TRANSACTION,                      TO REACH CUSTOMER SERVICE, PLEASE CALL
WHETHER PAID OR RETURNED, IS $21.00.                         TELEPHONE BANKING AT 1-800-788-7000.

                                                                               446,451

                                        09-E-RC

        GAYLE S DICKIE
        GAYLE DICKIE
        PO BOX 12953                                           STATEMENT PERIOD:
        MARINA DEL REY CA 90295-3953                             FROM  11-18-03
                                                                 THRU  12-12-03

                                                                                          15


          ENCLOSED WITH YOUR STATEMENT IS IMPORTANT INFORMATION PERTAINING TO YOUR ACCOUNT,
          E.G. OUR 2004 PRIVACY POLICY.  IF YOU HAVE ANY QUESTIONS, PLEASE VISIT ANY OF OUR
                FINANCIAL CENTERS OR CALL OUR HELPFUL TELEPHONE BANKERS AT 1-800-788-7000.
```

| PLATINUM ACCOUNT | WASHINGTON MUTUAL BANK, FA | FDIC INSURED |
|---|---|---|

GAYLE S DICKIE                          ACCOUNT NUMBER:    
GAYLE DICKIE

YOUR OVERDRAFT LIMIT, AS OF THE STATEMENT END DATE,
WAS $     1,000.00. THIS MAY BE CHANGED AT ANY TIME
WITHOUT NOTICE. OVERDRAFTS ARE SUBJECT TO A PER
TRANSACTION CHARGE. SEE REVERSE FOR MORE INFORMATION.

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
|---|---|---|---|
| 408.29 | 55,479.07 | 155,112.98 | 100,042.20 |

INTEREST EARNED:    86.46     ANNUAL PERCENTAGE YIELD EARNED :  1.45 %     YTD INTEREST PAID   :    101.75
                                                                          YTD INTEREST WITHHELD:      .00

| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 11/18 | 35.68 | | POS     ARCO PAYPOIN    2555 LINCOLN BLVD | SANTA MONICA | 78 | 1118 |
| 11/18 | | 5,000.00 | UBOC - TRUST DEP TRANSFER    21102183 | | | |
| 11/18 | 130.47 | | VISA-NORTH  *AMER TELEP800-967-8711 GA | | | |
| 11/20 | 250.00 | | VISA-GREG ISAACS 360   LOS ANGELES  CA | | | |
| 11/20 | 166.00 | | VISA-AVA'S AT THE LASERSANTA MONICA CA | | | |
| 11/24 | 124.86 | | POS     WHOLE FOODS     2201 WILSHIRE BLVD | SANTA MONICA | 36 | 1122 |
| 11/24 | 105.71 | | POS     WHOLE FOODS     2201 WILSHIRE BLVD | SANTA MONICA | 98 | 1124 |
| 11/24 | 33.50 | | POS     RAPID GAS IN    9815 NATIONAL BLVD | LOS ANGELES | 36 | 1124 |
| 11/24 | 32.95 | | VISA-AMAZON.COM *IMDB IMDB.COM    WA | | | |
| 11/24 | 5.94 | | VISA-KINKO'S #1015    MARINA DEL RECA | | | |
| 11/24 | 29.00 | | VISA-AMC CENTURY 140400LOS ANGELES  CA | | | |
| 11/24 | 83.53 | | VISA-PUREBEAUTY 026   SANTA MONICA CA | | | |
| 11/24 | 39.00 | | VISA-GAUCHO GRILL - BREBRENTWOOD    CA | | | |
| 11/25 | 23.93 | | POS     SAV-ON DRU     13171 MINDANAO WAY | MARINA DEL RE | 86 | 1125 |
| 11/25 | 21.64 | | VISA-FYE CENTURY CITY 1LOS ANGELES  CA | | | |
| 11/25 | 100.00 | | AMBB INVESTMENT   INVESTMENT 021100067521059 | | | |
| 11/26 | | 150,000.00 | WIRE TRANSFER DEPOSIT | | | |
| 11/26 | 10.00 | | WIRE TRANSFER FEE | | | |
| 11/26 | 32.85 | | VISA-SINGER SMART SCISS800-8279064  MA | | | |
| 11/28 | 14,970.00 | | WIRE TRANSFER DOMESTIC WITHDRAWAL | | | |
| 11/28 | 30.00 | | WIRE TRANSFER FEE | | | |
| 11/28 | 35.24 | | VISA-B C B G #405     CAMARILLO    CA | | | |
| 11/28 | 24.41 | | VISA-JERRY'S FAMOUS DELMARINA DEL RECA | | | |
| 11/28 | 173.43 | | STATE FARM RO 23 INSURANCE  0385682823 | | | |
| 12/01 | 345.37 | | POS     GELSON'S MAR    13455 MAXELLA AVENUE | MARINA DEL RE | 12 | 1201 |
| 12/01 | 41.14 | | VISA-JAX STORE       SANTA MONICA CA | | | |
| 12/01 | 278.20 | | VISA-VICTORIA'S SECRET SANTA MONICA CA | | | |
| 12/01 | 32.37 | | VISA-SUR LA TABLE 8    SANTA MONICA CA | | | |
| 12/02 | 167.55 | | POS     NUMBER ONE B    1426 MONTANA AVE #3 | SANTA MONICA | 64 | 1202 |
| 12/02 | 9,000.00 | | WIRE TRANSFER FOREIGN WITHDRAWAL | | | |

PAGE 01     (CONTINUED ON NEXT PAGE)

000074

**Washington Mutual Bank, FA**

446,452

09-E-RC

GAYLE S DICKIE
GAYLE DICKIE
PO BOX 12953
MARINA DEL REY CA 90295-3953

STATEMENT PERIOD:
FROM  11-18-03
THRU  12-12-03

15

| PLATINUM ACCOUNT | | | (CONTINUED FROM PREVIOUS PAGE) | ACCOUNT NUMBER: |
|---|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION | |
| 12/02 | 40.00 | | WIRE TRANSFER FEE | |
| 12/02 | 38.21 | | VISA-JERRY'S FAMOUS DELMARINA DEL RECA | |
| 12/02 | 6.75 | | VISA-VIKTOR BENES BAKERMARINA DEL RECA | |
| 12/03 | 180.00 | | VISA-NORTH *AMER TELEP800-967-8711 GA | |
| 12/04 | 162.36 | | POS    SOU ROBINSON   10730 W PICO BLVD    LOS ANGELES   09  1204 | |
| 12/04 | 31.79 | | POS    ARCO PAYPOIN   2555 LINCOLN BLVD   SANTA MONICA  08  1204 | |
| 12/04 | | .05 | PAYPAL           VERIFYBANK XXXXXXXXXX3836 | |
| 12/04 | | .48 | PAYPAL           VERIFYBANK XXXXXXXXXX3836 | |
| 12/04 | | 12.99 | VISA-VICTORIA'S SECRET MARINA DEL RECA | |
| 12/04 | 100.00 | | VISA-WILDWOOD ELEM SCH03103973307   CA | |
| 12/04 | 20.00 | | VISA-LA TIMES SUB*68193800-528-4637 CA | |
| 12/04 | 93.00 | | VISA-ERB ADMISSIONS/ISE212-672-9810 NY | |
| 12/04 | 11.95 | | VISA-HANDY J CAR WASH  LOS ANGELES   CA | |
| 12/05 | 64.30 | | VISA-MUSICIANSSUPPLY SHLOS ANGELES   CA | |
| 12/05 | 34.00 | | VISA-THE PRINTING PALACSANTA MONICA CA | |
| 12/08 | 25.00 | | POS    SYB THE ELEC   10250 SANTA MONICA BLVLOS ANGELES   62  1207 | |
| 12/08 | 9,000.00 | | CUSTOMER WITHDRAWAL | |
| 12/08 | 91.18 | | POS    SAV-ON DRU      13171 MINDANAO WAY   MARINA DEL RE 79  1208 | |
| 12/08 | 100.00 | | VISA-OPTICAL DESIGNS   SANTA MONICA CA | |
| 12/08 | 55.00 | | VISA-LA SERENATA DE GARSANTA MONICA CA | |
| 12/08 | 526.00 | | VISA-AMERICAN AIR001216BOSTON        MA | |
| 12/08 | 526.00 | | VISA-AMERICAN AIR001216BOSTON        MA | |
| 12/08 | 166.71 | | VISA-RITA'S RAGS        SANTA MONICA CA | |
| 12/08 | 55.99 | | VISA-PAYPAL *BOONABABE 402-935-7733 CA | |
| 12/08 | 8.42 | | VISA-EINSTEIN NOAH BAGEBRENTWOOD     CA | |
| 12/08 | 51.00 | | VISA-TYPHOON RESTAURANTSANTA MONICA CA | |
| 12/08 | 162.97 | | VISA-CLOUD NINE SHEEPSK425-7761650   WA | |
| 12/08 | 175.86 | | VISA-LIMITED-TOO #0242 LOS ANGELES   CA | |
| 12/08 | 119.28 | | VISA-JOANN FABRIC #1816SANTA MONICA CA | |
| 12/08 | 554.28 | | FORD CREDIT       FORDCREDIT XXXXX8758 | |
| 12/09 | 627.85 | | VISA-DONALD J. PLINER-BBEVERLY HILL CA | |
| 12/09 | 43.00 | | VISA-SKY NAILS          SANTA MONICA CA | |
| 12/10 | 8,960.00 | | WIRE TRANSFER FOREIGN WITHDRAWAL | |
| 12/10 | 40.00 | | WIRE TRANSFER FEE | |
| 12/10 | 14.48 | | VISA-JERRY'S FAMOUS DELMARINA DEL RECA | |
| 12/10 | 20.10 | | VISA-KOO KOO ROO #104  MARINA DEL RECA | |
| 12/10 | 8.96 | | VISA-KOO KOO ROO #104  MARINA DEL RECA | |
| 12/10 | 40.00 | | VISA-SHANE RESTAURANT &SANTA MONICA CA | |
| 12/10 | 31.20 | | VISA-FLAIR CLEANERS INCSANTA MONICA CA | |
| 12/11 | 29.24 | | POS    ARCO PAYPOIN   251 LINCOLN BLVD.   VENICE       10  1211 | |
| 12/11 | 36.87 | | VISA-HUDSON BOOK CO    CHICAGO       IL | |
| 12/11 | 14.95 | | VISA-AOL* FOR BROADBAND888-849-3200 VA | |
| 12/11 | 21.04 | | VISA-AUCHAN             LUXEMBOURG | |
| 12/12 | 336.07 | | VISA-OPTIKA CLULOW LTD HEATHROW TERM | |
| 12/12 | 81.93 | | VISA-HARRODS INTERNATIOLONDON | |
| 12/12 | 7.77 | | VISA-LUXAIR TAX FREE SHLUXEMBOURG | |
| 12/12 | 41.83 | | VISA-DIXONS             HOUNSLOW | |

PAGE 02     (CONTINUED ON NEXT PAGE)

# Washington Mutual Bank, FA

446,453

09-E-RC

GAYLE S DICKIE
GAYLE DICKIE
PO BOX 12953
MARINA DEL REY CA 90295-3953

STATEMENT PERIOD:
FROM 11-18-03
THRU 12-12-03

15

PLATINUM ACCOUNT          (CONTINUED FROM PREVIOUS PAGE)      ACCOUNT NUMBER:

| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION |
|---|---|---|---|
| 12/12 | 7.89 | | VISA-BOOTS,HEATHROW    HEATHROW |
| 12/12 | 162.00 | | MARRIOTT RESORTS AUTO DEBIT XXXXX6117 |
| 12/12 | | 86.46 | INTEREST PAYMENT |
| 12/12 | 5.00 | | PLUS PACKAGE MEMBERSHIP |
| 12/12 | 13.00 | | SERVICE CHARGE |
| 12/12 | | 13.00 | REFUND SERVICE CHARGE |

DETAIL OF CHECKS PAID:

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8557 | 11/24 | 120.00 | *8563 | 11/28 | 61.00 | 8569 | 12/08 | 1,890.00 |
| 8558 | 12/02 | 65.00 | 8564 | 11/28 | 35.00 | 8570 | 12/09 | 2,071.00 |
| 8559 | 12/04 | 150.00 | 8565 | 12/03 | 275.00 | *8573 | 12/09 | 890.00 |
| 8560 | 12/02 | 28.00 | 8566 | 12/10 | 338.50 | 8574 | 12/09 | 125.57 |
| 8561 | 11/28 | 64.00 | *8568 | 12/10 | 30.00 | *8701 | 12/02 | 70.00 |

NOTE: * INDICATES CHECK OUT OF SEQUENCE

000076

# Washington Mutual Bank, FA

THE FEE FOR EACH OVERDRAWN TRANSACTION,  
WHETHER PAID OR RETURNED, IS $21.00.

TO REACH CUSTOMER SERVICE, PLEASE CALL  
TELEPHONE BANKING AT 1-800-788-7000.

475,939

09-E-RC

GAYLE S DICKIE  
GAYLE DICKIE  
PO BOX 12953  
MARINA DEL REY CA 90295-3953

STATEMENT PERIOD:  
FROM  12-13-03  
THRU  01-15-04

24

FREE CHECKING, FREE SMILES (TM).

PLATINUM ACCOUNT          WASHINGTON MUTUAL BANK, FA          FDIC INSURED

GAYLE S DICKIE  
GAYLE DICKIE

ACCOUNT NUMBER: 

YOUR OVERDRAFT LIMIT, AS OF THE STATEMENT END DATE,  
WAS $    1,000.00. THIS MAY BE CHANGED AT ANY TIME  
WITHOUT NOTICE. OVERDRAFTS ARE SUBJECT TO A PER  
TRANSACTION CHARGE. SEE REVERSE FOR MORE INFORMATION.

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
|---|---|---|---|
| 100,042.20 | 33,590.83 | 5,459.09 | 71,910.46 |

INTEREST EARNED:     110.87     ANNUAL PERCENTAGE YIELD EARNED :  1.38 %     YTD INTEREST PAID   :     42.79  
                                                                             YTD INTEREST WITHHELD:       .00

| DATE  | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION | | | | |
|---|---|---|---|---|---|---|---|
| 12/15 |         | 55.99    | VISA-PAYPAL *BOONABABE 800-402- 935 CA | | | | |
| 12/15 | 472.86  |          | VISA-APPLE COMPUTER    800-676-2775 TX | | | | |
| 12/15 | 115.84  |          | VISA-TENTH STREET PEDIASANTA MONICA CA | | | | |
| 12/15 | 42.22   |          | VISA-ANNIE ROSE 2      SANTA MONICA CA | | | | |
| 12/15 | 85.52   |          | VISA-ANNIE ROSE 2      SANTA MONICA CA | | | | |
| 12/15 | 59.95   |          | VISA-COMCAST CABLE COMM888-255-1724 CA | | | | |
| 12/15 | 28.68   |          | VISA-7-ELEVEN STORE 188SANTA MONICA CA | | | | |
| 12/15 | 17.25   |          | VISA-CALIFORNIA CHICKENSANTA MONICA CA | | | | |
| 12/15 | 74.02   |          | VISA-AUTOPAY/DISH NTWK 800-333-3474 CO | | | | |
| 12/15 | 257.23  |          | VISA-LUXAIR TICKETING  LUXEMBOURG | | | | |
| 12/15 | 333.68  |          | VISA-HOTEL DU PARC BELALUXEMBOURG | | | | |
| 12/15 | 56.92   |          | VISA-SAV-ON DRUGS 9726 SANTA MONICA CA | | | | |
| 12/15 | 1,000.00|          | CAPITAL ONE     ONLINE PMT 334739960062474 | | | | |
| 12/16 | 38.39   |          | POS      PAYLESS SHOE  PAYLESS SHOESOURCE | SANTA MONICA | 81 | 1216 |
| 12/16 | 31.88   |          | POS      ARCO PAYPOIN  2555 LINCOLN BLVD  | SANTA MONICA | 52 | 1216 |
| 12/16 | 34.74   |          | VISA-TAXIS COLUX SARL  LUXEMBOURG | | | | |
| 12/17 |         | 204.23   | ATM-NCHG     S1A07167  12335 VENICE BLVD  | L.A.         | 95 | 1217 |
| 12/17 |         | 5,000.00 | UBOC - TRUST DEP TRANSFER   21102183 | | | | |
| 12/17 | 195.61  |          | VISA-NORTH  *AMER TELEP800-967-8711 GA | | | | |
| 12/17 | 132.01  |          | VISA-ARMSTRONG GARDOOOOSANTA MONICA CA | | | | |
| 12/18 |         | 75.00    | CUSTOMER DEPOSIT | | | | |
| 12/18 | 160.00  |          | VISA-AVA'S AT THE LASERSANTA MONICA CA | | | | |
| 12/18 | 64.61   |          | VISA-AT&T WIRELESS SERV800-6112611  WA | | | | |
| 12/18 | 35.00   |          | VISA-THE PET SPA       MARINA DELREYCA | | | | |
| 12/19 | 8.70    |          | VISA-ROBEKS JUICE      MANHATTAN BECCA | | | | |
| 12/19 | 41.46   |          | VISA-MAIL BOX ECT      CULVER CITY  CA | | | | |
| 12/22 | 109.33  |          | POS      WHOLE FOODS   2201 WILSHIRE BLVD | SANTA MONICA | 16 | 1220 |
| 12/22 | 34.62   |          | POS      ARCO PAYPOIN  10646 VENICE       | CULVER CITY  | 28 | 1220 |
| 12/22 | 339.31  |          | POS      BEST BUY      11301 W. PICO BLVD | LOS ANGELES  | 21 | 1222 |
| 12/22 | 10.50   |          | VISA-AMC CENTURY 140400LOS ANGELES  CA | | | | |

PAGE 01     (CONTINUED ON NEXT PAGE)

**Washington Mutual Bank, FA**

```
                                                              475,940

                              09-E-RC

     GAYLE S DICKIE
     GAYLE DICKIE
     PO BOX 12953                              STATEMENT PERIOD:
     MARINA DEL REY CA 90295-3953                FROM  12-13-03
                                                 THRU  01-15-04

                                                                    24
```

```
   PLATINUM ACCOUNT            (CONTINUED FROM PREVIOUS PAGE)   ACCOUNT NUMBER: ████████

   DATE    WITHDRAWALS    DEPOSITS        TRANSACTION DESCRIPTION

   12/22         15.00                 VISA-AMC CENTURY 140400LOS ANGELES   CA
   12/22          8.57                 VISA-KINKO'S #1015     MARINA DEL RECA
   12/22         76.98                 VISA-MAIL BOX ECT      CULVER CITY   CA
   12/22         73.31                 VISA-BIG 5 SPORTING #61SANTA MONICA CA
   12/23         57.85                 VISA-P.F. CHANG'S #5700SANTA MONICA CA
   12/23         94.00                 VISA-CATHEDRAL RES CENT714-7045077  CA
   12/24      3,611.49                 POS      SOU APPLESTO   1248 THIRD ST-PROMENADSANTA MONICA  07  1224
   12/24        653.72                 VISA-MA JOLIE          LOS ANGELES   CA
   12/24        100.00                 AMBB AMERICAN FD INVESTMENT 021100067521059
   12/26         32.67                 POS      EXXONMOBIL     WORLD OIL #63         LOS ANGE       49  1225
   12/26        139.63                 POS      SPORT CHALET   SPORT CHALET          MARINA DEL RE  78  1226
   12/26        778.00                 VISA-AMERICAN AIR001216BOSTON        MA
   12/26        778.00                 VISA-AMERICAN AIR001216BOSTON        MA
   12/26        220.00                 VISA-GREG ISAACS 360   LOS ANGELES   CA
   12/26      2,000.00                 VISA-LASER INSTITUTE FOSANTA MONICA CA
   12/26        220.83                 VISA-CANYON BEACHWEAR #SANTA MONICA CA
   12/29        123.33                 VISA-TOWER REC-VIDEO 14MARINA DEL RECA
   12/29         44.00                 VISA-SKY NAILS         SANTA MONICA CA
   12/29         43.29                 VISA-GOOD GUYS      0000MARINA DEL RECA
   12/29         85.52                 VISA-APPLESTORE 3RD ST SANTA MONICA CA
   12/29         20.57                 VISA-APPLESTORE 3RD ST SANTA MONICA CA
   12/29         29.95                 VISA-SYM*SYMANTEC      800-441-7234 CA
   12/29        173.43                 STATE FARM RO 23 INSURANCE  0385682823
   12/30        130.00                 VISA-KEO'S AT WAIKIKI  HONOLULU      HI
   12/30          8.81                 VISA-ABC STORES #26    HONOLULU      HI
   12/30        179.69                 VISA-SEPHORA - ALA MOANHONOLULU      HI
   12/30        300.00                 VISA-T-MOBILE          800-937-8997 WA
   12/30        179.17                 VISA-D & G STUPID FACTOHONOLULU      HI
   12/30        425.54                 VISA-HALEKULANI HOTEL-FHONOLULU      HI
   12/30        174.45                 VISA-NORTH  *AMER TELEP800-967-8711 GA
   12/31                       68.08   INTEREST PAYMENT
   01/02        300.00                 VISA-EPIONE            BEVERLY HILLSCA
   01/02        103.42                 VISA-SWARTZ GLASS COMPASANTA MONICA CA
   01/05         77.27                 VISA-BUDGET RENT-A-CAR HONOLULU      HI
   01/05        172.92                 VISA-D & G STUPID FACTOHONOLULU      HI
   01/05      1,822.38                 VISA-HILTON HOTELS     HONOLULU      HI
   01/05         11.90                 VISA-KEALAKEKUA FOOD MAHONOLULU      HI
   01/05         80.00                 VISA-TURTLE BAY RESORT KAHUKU        HI
   01/07         68.15                 POS      SOU STAPLES    1501 LINCOLN BLVD     VENICE         09  0107
   01/09         35.49                 POS      ARCO PAYPOIN   12332 W. WASHINGTON BLLOS ANGELES    70  0109
   01/12         14.95                 VISA-AOL* FOR BROADBAND888-849-3200 VA
   01/12        162.00                 MARRIOTT RESORTS AUTO DEBIT XXXXX6117
   01/13         27.05                 POS      SYB THE ELEC   328 SANTA MONICA PL   SANTA MONICA   03  0113
   01/13         26.68                 POS      BED, BATH &    BB&B STORE 20         W LOS ANGELES  68  0113
   01/13         69.77                 POS      ALBERTSONS     13401 WASHINGTON BLVD.CULVER CITY    82  0113
   01/13        132.61                 VISA-BROOKSTONE #240000SANTA MONICA CA
   01/13         73.45                 VISA-AUTOPAY/DISH NTWK 800-333-3474 CO

                                  PAGE 02       (CONTINUED ON NEXT PAGE)
```

000073

# Washington Mutual Bank, FA

```
                                                                    475,941

                                   09-E-RC

     GAYLE S DICKIE
     GAYLE DICKIE
     PO BOX 12953                                      STATEMENT PERIOD:
     MARINA DEL REY CA 90295-3953                        FROM  12-13-03
                                                         THRU  01-15-04

                                                                         24
```

```
     PLATINUM ACCOUNT              (CONTINUED FROM PREVIOUS PAGE)   ACCOUNT NUMBER:

     DATE    WITHDRAWALS    DEPOSITS      TRANSACTION DESCRIPTION

     01/13       96.90                VISA-NORTH *AMER TELEP800-967-8711 GA
     01/13       59.95                VISA-COMCAST CABLE COMM888-255-1724 CA
     01/13      160.21                VISA-LIAT              SANTA MONICA CA
     01/13       15.45                VISA-LIAT              SANTA MONICA CA
     01/14       39.13                POS      SOU STAPLES   1501 LINCOLN BLVD      VENICE     00  0114
     01/14       15.96                VISA-IVILLAGE/ASTROLOGY877-447-6194 CA
     01/14       15.96                VISA-IVILLAGE/ASTROLOGY877-447-6194 CA
     01/15      358.16                POS      VERIZON       VERIZON + PHONECHARGE IRVING      17  0115
     01/15                  42.79     INTEREST PAYMENT
     01/15        5.00                PLUS PACKAGE MEMBERSHIP
     01/15       13.00                SERVICE CHARGE
     01/15                  13.00     REFUND SERVICE CHARGE
```

DETAIL OF CHECKS PAID:

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 104 | 01/07 | 5,000.00 | 8578 | 01/12 | 70.00 | 8703 | 12/23 | 16.00 |
| *1226 | 12/29 | 500.00 | 8579 | 12/30 | 200.00 | 8704 | 01/02 | 183.89 |
| *8567 | 12/22 | 450.00 | *8581 | 01/12 | 70.00 | 8705 | 12/30 | 152.47 |
| *8571 | 12/15 | 70.00 | *8584 | 12/29 | 200.00 | 8706 | 12/30 | 30.00 |
| 8572 | 12/29 | 30.00 | 8585 | 12/24 | 5,000.00 | 8707 | 01/09 | 200.00 |
| *8575 | 12/15 | 70.00 | *8595 | 12/29 | 38.00 | 8708 | 01/07 | 325.00 |
| 8576 | 12/16 | 35.00 | 8596 | 12/29 | 35.00 | 8709 | 01/08 | 1,761.58 |
| 8577 | 12/22 | 28.00 | *8702 | 12/23 | 600.00 | 8710 | 01/12 | 10.00 |

NOTE: * INDICATES CHECK OUT OF SEQUENCE