

# DECLARATION

## In Response to Subpoena Duces Tecum

(Accompanying Production of Business Record)

I, Ahlana Williams, declare:

1. I am a duly authorized custodian of records of Washington Mutual Bank, FA and have the authority to certify such records.

2. On 10/21/2005, Washington Mutual Bank, FA was served with a Civil issued out of the state of Hawaii in the action entitled Gayle Dickie, identified as case number CV 04 00510 ACK KSC.

3. I have made, or have caused to be made, a diligent search at the offices of Washington Mutual Bank, FA for the records described in the subpoena.

    __X__ Some of the records were not found and, therefore, the undersigned declares that Washington Mutual Bank, FA has only those records described in said subpoena, which copies are enclosed herewith.

    _____ The accompanying copies are true copies of all the records described in the subpoena that is in my possession as a custodian of records of Washington Mutual Bank, FA.

    _____ The accompanying copies are true copies of a portion of the records described in the subpoena that are in my possession as a custodian of records of Washington Mutual Bank, FA.

4. These records were prepared by the personnel of Washington Mutual Bank, FA and/or by other persons acting under the control of those personnel, in the ordinary course of business, at or near the times of the acts, conditions or events recorded herein.

I declare under penalty of perjury under the laws of Hawaii that the foregoing is true and correct, executed this 5th day of January, 2006 at Chatsworth, California.

Sincerely,

*Ahlana M. Williams*
Ahlana Williams
Matter Number: 387631
Account Services
Washington Mutual Bank, FA
P.O. Box 2151
Chatsworth, CA 91313-2151

**EXHIBIT** _H_

PO BOX 2151
Chatsworth, CA 91313

000150

