ORIGINAL

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN    6154
Pauahi Tower, Suite 2005
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-5900

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVLOPMENT FOUNDATION
and UNITY HOUSE, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at 3 o'clock and 26 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>    Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>    Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC)<br><br>**SUBMISSION OF ORIGINAL DECLARATION OF ANTHONY POUNDERS; EXHIBITS "A" – "D" IN SUPPORT OF THE MOTION FOR ENTRY OF DEFAULT JUDGMENT FILED ON MARCH 8, 2006; CERTIFICATE OF SERVICE**<br><br>Hearing:<br><br>Date:  April 12, 2006<br>Time:  9:30 a.m.<br>Judge:  The Honorable Kevin S.C. Chang<br><br>No Trial Date Set |

F:UnityHouseHPC/Pleadings/Submit Pounders Dec

## SUBMISSION OF ORIGINAL DECLARATION OF ANTHONY POUNDERS; EXHIBITS "A" – "D" IN SUPPORT OF THE MOTION FOR ENTRY OF DEFAULT JUDGMENT FILED ON MARCH 8, 2006

Plaintiffs HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED hereby submits the original Declaration of Anthony Pounders; Exhibits "A" – "D" in support of the Motion for Entry of Default Judgment filed on March 8, 2006.

DATED: Honolulu, Hawaii, April 6, 2006.

PHILIP R. BROWN

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA
DEVELOPMENT FOUNDATION
AND UNITY HOUSE, INCORPORATED

F:UnityHouseHPC/Pleadings/Submit Pounders Dec

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC., BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC)<br><br>**DECLARATION OF ANTHONY POUNDERS**<br><br>No Trial Date Set |

**DECLARATION OF ANTHONY POUNDERS**

STATE OF California  )
                     : S.S.
COUNTY OF Sacramento )

I, ANTHONY POUNDERS, hereby declare that:

1. I am the Court Appointed Special Receiver for Plaintiff UNITY HOUSE, INCORPORATED ("UHI") and am competent to testify on the matters herein. Pursuant to an Order dated February 7, 2006, the Honorable David A. Ezra designated "Anthony Pounders, of EG&G Technical Services, as custodian of records for Unity House." The documents attached hereto were uncovered as a result of our search of UHI business records. As such, I am competent to authenticate the documents attached hereto.

2. I make this declaration based upon personal knowledge of the matters set forth herein, unless otherwise stated.

3. Attached hereto as Exh. "A" and made a part of by reference hereto is a true and correct copy of a letter dated May 9, 2003 from Defendant GAYLE DICKIE ("DICKIE") to Patrick Moon.

1

F:UnityHouseHPC/Pleadings/Default Judgment Motion

4.    Attached hereto as Exh. "B" and made a part of by reference hereto is a true and correct copy of a memo dated May 16, 2003 from DICKIE to Anthony Rutledge and Patrick Moon.

5.    Attached hereto as Exh. "C" and made a part of by reference hereto is a true and correct copy of minutes prepared by DICIKE of a meeting held on May 30, 2003.

6.    Attached hereto as Exh. "D" and made a part of by reference hereto is a true and correct copy of a letter from Randal Harakal (former General Counsel to UHI) to DICKIE dated April 28, 2004.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 6, 2006.

_____ for Eddie Sues
Court Appointed Receiver- Custodian

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>  Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC., BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>  Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing document will be duly served via Certified Mail, Return Receipt Requested to the following parties at their last known address:

BEACON EDGE PICTURES, LLC,
BEACON EDGE PICTURES, and
GAYLE DICKIE
811 21st Street, Suite 3
Santa Monica, California, 90403

Defendants

DATED: Honolulu, Hawaii, April 6, 2006.

_____
PHILIP R. BROWN
Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVELOPMENT
FOUNDATION and UNITY HOUSE,
INCORPORATED

1