

**BEACON EDGE PICTURES LLC**
3480 Ashwood Avenue Los Angeles, CA 90066-2202
phone (310)398-0999  fax (310)398-1699



Tony Cpy



BEACON EDGE – MINUTES OF MEETING MAY 30, 2003
BEACON EDGE TEMPORARY AMENDMENT
RE: RESOLUTION EFFECTIVE May 30, 2003
   "HEAVENLY ROAD" ACCCOUNT ACCESS REMOVAL

IT HEREBY RESOLVED, AS REFERENCED IN TEMPORARY AMENDMENT DATED May 15, 2003, and according thereto, that Mr. Patrick Moon and/or Mr. Anthony Rutledge are removed from Citibank Business Account #00200233922, Beacon Edge Pictures, LLC, on or before May 30, 2003 only if account has been funded as agreed in letter of proposal and agreement dated May 9, 2003, in the amount to equal no less than $2,500,000.00 USD.

Said monies of $1,000,000.00 USD shall be utilized for production and pre-approved expenses for the feature film project, "HEAVENLY ROAD."

IT IS FURTHER AGREED AND RESOLVED, that $1,000,000.00 shall be returned in full to the project, "HEAVENLY ROAD" as designated by Mr. Patrick Moon and/or Mr. Anthony Rutledge, should the funding of $2,500,000.00 not be deposited on or before May 30, 2003.

Any further agreement, other than the above shall be agreed to in writing by both parties.

Approved and Accepted: FOR BEACON EDGE PICTURES LLC

_____
Gayle Dickie
CEO, President

_____           _____
Anthony Rutledge                                          ~~Patrick Moon~~
For: Unity House Inc. and
Hawaii Pacific Cinema Development Foundation, Inc.

$1M TO BE ADDED KUAILO PRINTS + ADS (PA.)
X /s/

**EXHIBIT C**