

# Unity House, Inc.

## *"Serving Hawaii's Working People"*

Arthur Rutledge, Founder • Anthony Rutledge, President

April 28, 2004

Gayle Dickie
President & CEO
Beacon Edge Pictures, LLC
3488 Ashwood Avenue
Los Angeles, California 90066-2202

Re:  Return of Funds Under Contract

Dear Ms. Dickey:

This letter is on behalf of the Hawaii Pacific Cinema Development Foundation and Unity House, Inc. as their general counsel regarding a contract for services and potential investment in a film making project. As you well know, under your contract dated May 10, 2003, and the Resolution and Temporary Amendment of May 30, 2003, you agreed to not withdraw any funds without first discussing the need with either Patrick Moon or Anthony Rutledge and receiving their approval, and that if $2,500,000 was deposited the $1,000,000 would be returned in full immediately. However, it was subsequently discovered that funds were dispersed to you from the account with out permission from either Mr. Moon or Mr. Rutledge. Moreover, it now appears this entire transaction was a fraudulent inducement to get access to the funds and there never was any "deal" as you explained. This was and still is a serious breach of contract as it was a fraudulent transfer.

Accordingly, we are requesting that you immediately return the money you took, plus statutory interest of 10% per annum for a total amount of approximately $275,000. Failure to return this money will result in legal proceedings for fraud in the inducement, concealment, intentional misrepresentation, conversion, and breach of contract and fraudulent conveyance of funds to your use, plus the seeking of punitive damages because of your intentional and willful acts and your attempts to conceal it from the parties involved.

**EXHIBIT** *D*



# Unity House, Inc.

### "Serving Hawaii's Working People"

Arthur Rutledge, Founder • Anthony Rutledge, President

Gayle Dickie
April 28, 2004
Page 2 of 2

You have until May 7, 2004 to either wire the funds or deliver a cashier's check or certified check to our offices. Otherwise we will assume you have no intention to repay the money and we will take legal action and also notify the California Better Business Bureau, the Screen Actors Guild, The Writers Guild and the Producers Guild of your conduct. We will also be notifying all the credit reporting agencies of your outstanding debt and that you are delinquent in repaying it.

Your urgent attention to this matter is requested.

Very truly yours,

Randall Harakal
General Counsel