

ORIGINAL

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN        6154
Pauahi Tower, Suite 2005
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-5900

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVLOPMENT FOUNDATION
and UNITY HOUSE, INC.

LODGED
APR 13 2006
4:37pm TP
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2006
at 8 o'clock and 10 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>Defendants. | CIVIL NO. CV 04-00510 (ACK) (KSC)<br><br>PLAINTIFFS HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED'S EX PARTE MOTION FOR LEAVE TO FILE THE DECLARATIONS OF PHILIP R. BROWN AND BROOK HART UNDER SEAL; DECLARATION OF PHILIP R. BROWN; ORDER GRANTING PLAINTIFFS HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED'S EX PARTE MOTION FOR LEAVE TO FILE THE DECLARATIONS OF PHILIP R. BROWN AND BROOK HART UNDER SEAL; CERTIFICATE OF SERVICE<br><br>No Trial Date Set |

F:UnityHouseHPC/Pleadings/Seal Dec Motion

**PLAINTIFFS HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED'S EX PARTE MOTION FOR LEAVE TO FILE THE DECLARATIONS OF PHILIP R. BROWN AND BROOK HART UNDER SEAL**

Plaintiffs HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED hereby moves this Honorable Court Ex Parte for leave to file the Declarations of Philip R. Brown and Brook Hart under seal.

This Motion is made pursuant to Local Rule 7 and Rule 10.1 of the Hawaii Rules of the United States District Courts, and is based upon the Declaration of Philip R. Brown and the records and files herein.

DATED: Honolulu, Hawaii, April 13, 2006.

_____
PHILIP R. BROWN

Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVELOPMENT
FOUNDATION and UNITY HOUSE,
INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV 04-00510<br><br>**ORDER GRANTING PLAINTIFFS HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED'S EX PARTE MOTION FOR LEAVE TO FILE THE DECLARATIONS OF PHILIP R. BROWN AND BROOK HART UNDER SEAL** |

**ORDER GRANTING PLAINTIFFS HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED'S EX PARTE MOTION FOR LEAVE TO FILE THE DECLARATIONS OF PHILIP R. BROWN AND BROOK HART UNDER SEAL**

THIS COURT, having reviewed the Plaintiffs' Ex Parte Motion to File Declarations of Philip R. Brown and Brook Hart Under Seal, the Declaration of Philip R. Brown filed in support of said Motion, and the Court being otherwise fully advised in the premises, thereto,

IT IS HEREBY ORDERED, that Plaintiffs' Ex Parte Motion to File Declarations of Philip R. Brown and Brook Hart Under Seal be, and the same hereby is, GRANTED.

F:UnityHouseHPC/Pleadings/Seal Dec Motion

  IT IS FURTHER ORDERED that Plaintiffs be allowed to file, the Declarations of Philip R. Brown and Brook hart Under Seal, which Declarations may only be viewed by the Court, Plaintiffs, the Law Offices of Philip R. Brown and Brook Hart.

  DATED: Honolulu, Hawaii,  APR 17 2006 .

_____<br>
JUDGE OF THE ABOVE-ENTITLED COURT

---

IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII; <u>Hawaii Pacific Cinema Development Foundation, et al v. Beacon Edge Pictures, LLC, et al.</u>, Civil No. CV 04-00510; ORDER GRANTING PLAINTIFFS HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED'S EX PARTE MOTION FOR LEAVE TO FILE THE DECLARATIONS OF PHILIP R. BROWN AND BROOK HART UNDER SEAL

2

F:UnityHouseHPC/Pleadings/Seal Dec Motion

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, | ) ) ) ) | CIVIL NO. CV 04-00510 **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served via Certified Mail, Return Receipt Requested to the following parties at their last known address on the date of its filing or as soon thereafter that service may be effected.

BEACON EDGE PICTURES, LLC,
BEACON EDGE PICTURES, and
GAYLE DICKIE
811 21st Street, Suite 3
Santa Monica, California, 90403

Defendants

DATED: Honolulu, Hawaii, April 13, 2006

PHILIP R. BROWN
Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED

1