IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, | ) ) ) ) | CIVIL NO. CV 04-00510 **DECLARATION OF PHILIP R. BROWN** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF PHILIP R. BROWN

I, PHILIP R. BROWN, do hereby declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of Hawaii and am the attorney for Plaintiffs HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED (collectively "Plaintiffs" in the above referenced matter and am competent to testify on the matters herein.

2. I make this declaration based upon personal knowledge of the matters set forth herein, unless otherwise stated.

3. During the hearing on Plaintiffs Motion for Default Judgment held on April 12, 2006, the Court instructed Plaintiffs to submit evidence of Plaintiffs' attorneys fees and costs in the form of the Declarations of myself and Brook Hart.

4. In order to comply with the Court's instructions, Plaintiffs intend to file the Declarations of myself and Brook Hart attaching copies of billing statements as exhibits. These billing statements contain information which is attorney-client communication and work product.

1

As such, the release of the billing statements and other information in the Declarations of myself and Brook Hart may unduly and/or unnecessarily prejudice Plaintiffs if they are made part of the public record, which would occur if said declarations were filed pursuant to the normal Court filing procedures.

5.  Accordingly, your Declarant respectfully requests that this ex parte Motion for Leave to file the Declarations of Philip R. Brown and Brook Hart Under Seal be granted, and that, pursuant to this Court's order, the only parties allowed to view said declaration are the Court, The Law Offices of Philip R. Brown, Brook Hart, and Plaintiffs. Further, that said declaration be sealed until further order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, April 13, 2006.

_____
PHILIP R. BROWN

F:UnityHouseHPC/Pleadings/Seal Dec Motion