IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED, | ) ) ) ) | CV 04-00510 ACK-KSC |
| Plaintiff(s), | ) | |
| vs. | ) | |
| BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, | ) ) ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 5, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 30, 2006.



_____
Alan C. Kay
Sr. United States District Judge

Hawaii Pacific Cinema Development Foundation and Unity House, Inc. v. Beacon Edge Pictures, LLC, et al., Cv. No. 04-00510 ACK-KSC

cc: all parties of record