ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2006

at ___ o'clock and 66 min. ___M
SUE BEITIA, CLERK

# United States District Court

For the DISTRICT OF Hawaii

HAWAII PACIFIC CINEMA DEVELOPMENT and UNITY HOUSE INCORPORATED,

    Plaintiffs,

V.

BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV 04-00510 ACK-KSC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Findings and Recommendation Regarding Motion for Entry of Default Judgment Filed on March 8, 2006; Certificate of Service (filed on May 5, 2006) (attached hereto as Exh. "A") and the Order Adopting Magistrate's Findings and Recommendation filed on May 31, 2006 (attached hereto as Exh. "B"):

1. Plaintiffs are awarded actual damages of $250,000.00;

2. Plaintiffs are awarded statutory pre-judgment interest: $56,249.99 as of February 28, 2006 (and thereafter at the rate of $68.49 per diem);

3. Plaintiffs are awarded attorneys' fees (and tax) incurred through April 24, 2006 of $38,372.51 and

4. Plaintiffs are awarded costs of suit through April 24, 2006 of $3,833.16.

JUN 0 8 2006
Date

SUE BEITIA
Clerk

(By) Deputy Clerk