## Other Orders/Judgments

1:04-cv-00510-ACK-KSC Hawaii Pacific Cinem, et al v. Beacon Edge Pictures, et al

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from emt, entered on 5/31/2006 at 11:16 AM HST and filed on 5/31/2006

**Case Name:** Hawaii Pacific Cinem, et al v. Beacon Edge Pictures, et al
**Case Number:** 1:04-cv-510
**Filer:**
**Document Number:** 34

**Docket Text:**
ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION [33] - Signed by Judge ALAN C KAY on 5/30/06. (emt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/31/2006] [FileNumber=93075-0]
[8da493a774bdb88c198d1e10958ec96a9a729ef38b5b0ba24a7a8d94caeb127853567
84a6d0b4d217c88321bcf735109379c263fdd90f403507a26ef22bb4201]]

**1:04-cv-510 Notice will be electronically mailed to:**

**1:04-cv-510 Notice will be delivered by other means to:**

Philip R. Brown
Law Offices of Philip R. Brown
Pauahi Tower
1001 Bishop St Ste 2005
Honolulu, HI 96813

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION AND UNITY HOUSE, INCORPORATED,<br>　　　Plaintiff(s),<br>　vs.<br>BEACON EDGE PICTURES, LLC,<br>BEACON EDGE PICTURES,<br>GAYLE DICKIE,<br>　　　Defendant(s). | CV 04-00510 ACK-KSC |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 5, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 30, 2006.



_____
Alan C. Kay
Sr. United States District Judge

Hawaii Pacific Cinema Development Foundation and Unity House, Inc. v. Beacon Edge Pictures, LLC, et al., Cv. No. 04-00510 ACK-KSC

cc: all parties of record

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION and UNITY HOUSE, INCORPORATED, | ) ) ) ) | CIVIL NO. CV 04-00510 <br><br> **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| BEACON EDGE PICTURES, LLC, BEACON EDGE PICTURES, GAYLE DICKIE, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served via Certified Mail, Return Receipt Requested to the following parties at their last known address on the date of its filing or as soon thereafter that service may be effected.

BEACON EDGE PICTURES, LLC,
BEACON EDGE PICTURES, and
GAYLE DICKIE
811 21st Street, Suite 3
Santa Monica, California, 90403

Defendants

DATED: Honolulu, Hawaii, June 8, 2006.

_____
PHILIP R. BROWN
Attorney for Plaintiffs
HAWAII PACIFIC CINEMA DEVELOPMENT
FOUNDATION and UNITY HOUSE,
INCORPORATED

1