## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 8, 2006

TO ALL COUNSEL

Re: CV 04-00510 ACK-KSC
HAWAII PACIFIC CINEMA DEVELOPMENT FOUNDATION; UNITY HOUSE, INCORPORATED vs. BEACON EDGE PICTURES, LLC; BEACON EDGE PICTURES, GAYLE DICKIE

Dear Counsel,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on June 8, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: *[signature]*
Deputy Clerk

cc: all counsel